IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLEN CONO FARINA,

        Plaintiff,

v.

GREG ALLEN THIEME,

        Defendant.

ORDER

13-cv-707-bbc

---

ALLEN CONO FARINA,

        Plaintiff,

v.

DAVID SONNTAG,

        Defendant.

ORDER

13-cv-708-bbc

---

In an order entered in this case on October 11, 2013, the court directed plaintiff Allen Farina to pay $175 of the $350 filing in each of the two cases he filed in this court. Plaintiff was granted one prior extension until December 7, 2013 to make these payments. Now plaintiff has filed a letter that I construe as a motion for an extension of time to submit the $175 payments. *See* dkt. 6.

In his letter, plaintiff states that he had unexpected expenses due to a death in the family. Plaintiff does not provide additional information or documentation for the court to consider. While I will not waive the $175 initial partial filing fee assessed in these cases, I will grant plaintiff an extension of time to make his payments. Plaintiff's deadline to pay the $175 filing fees will extended to January 23, 2014. When the $175 payments are received, plaintiff's complaints will be screened pursuant to 28 U.S.C. § 1915(e)(2) to determine whether one or more claims must be dismissed as frivolous or malicious, for failure to state a claim on which relief may be granted or because plaintiff is seeking money damages from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that plaintiff Allen Farina's request for an extension of time in cases 13-cv-707-bbc and 13-cv-708-bbc, dkts. #6, are GRANTED and the deadline within which plaintiff is to submit the $175 payments of the filing fees is extended to January 23, 2014. If, by January 23, 2014, plaintiff fails to submit the required payments or show cause of his failure to do so, then the court will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close these files without prejudice to plaintiff filing his cases at a later date.

Entered this 30th day of December, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge